AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wright, Elizabeth C. | U.S. District Court, District of Minnesota | 08/12/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge (FT) | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final | 01/01/2019 **to** 12/31/2019 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

Warren E. Burger Federal Building & US Courthouse
316 N Robert St
St Paul, MN 55101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2016 | Faegre Daniels LLP Retirement Savings Plan |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | 3M Company - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wright, Elizabeth C. | 08/12/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wright, Elizabeth C. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Faegre Daniels LLP Capital Balance (cash) | | None | K | T | | | | | |
| 3. FBD Building Partnership LLP (rental property, Minneapolis, MN) | A | Rent | | | Distributed | 12/26/19 | J | | |
| 4. Ameriprise ACC Cash Reserve (cash) (X) | A | Interest | K | T | | | | | |
| 5. Ameriprise ACC Flexible Savings (cash) | A | Interest | K | T | Open | 09/05/19 | K | | |
| 6. RiverSource Variable Universal Life 5 ES (H) | | | | | | | | | |
| 7. Riversource VP Mod Aggr Port Cl2 | | None | M | T | | | | | |
| 8. RiverSource Variable Universal Life Insurance IV (H) | | | | | | | | | |
| 9. Riversource VP Mod Aggr Port Cl4 | | None | L | T | | | | | |
| 10. 401k Acct #1 (H) | | | | | | | | | |
| 11. Schwab/Faegre Baker Daniels Cash Balance Pension Plan (cash) (Y) | | | | | | | | | |
| 12. Baron Small Cap Instl (BSFIX) | B | Dividend | K | T | | | | | |
| 13. American Funds Europacific Growth R6 (RERGX) | D | Dividend | M | T | | | | | |
| 14. DFA Global Real Estate Securities Port (DFGEX) | A | Dividend | K | T | | | | | |
| 15. Metropolitan West Total Return Bd Plan (MWTSX) | C | Dividend | M | T | | | | | |
| 16. PIMCO High Yield Instl (PHIYX) | C | Dividend | L | T | | | | | |
| 17. 401k Acct #2 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wright, Elizabeth C. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. State Street Intermediate-Term Bond Fund | | None | K | T | Sold (part) | 09/30/19 | M | | |
| 19. State Street Long Term Bond Index Fund | | None | K | T | Sold (part) | 09/30/19 | K | | |
| 20. State Street S&P 500 Stock Index Fund | | None | | | Sold | 09/30/19 | L | | |
| 21. State Street Small and Mid Cap Stock Index Fund | | None | M | T | Buy (add'l) | 07/01/19 | M | | |
| 22. State Street International Stock Index Fund | | None | N | T | Buy (add'l) | 07/01/19 | M | | |
| 23. 3M Stock | D | Dividend | M | T | | | | | |
| 24. IRA #1 (H) | | | | | | | | | |
| 25. 3M Company Stock (MMM) | B | Dividend | L | T | | | | | |
| 26. 3M Company Stock Option Plan | | None | K | T | | | | | |
| 27. IRA #2 (H) | | | | | | | | | |
| 28. Ameriprise Insured Money Mkt (AIMMA) (cash) | A | Interest | J | T | | | | | |
| 29. Fidelity Advisor New Markets Income Cl I (FGZMX) | A | Dividend | J | T | Buy | 09/05/19 | J | | |
| 30. Invesco Oppenheimer Steelpath MLP Income Cl Y (MLPZX) | B | Dividend | | | Sold | 09/05/19 | K | | |
| 31. Goldman Sachs Emerg Mkts Eq Insights Inv Cl (GIRPX) | A | Dividend | K | T | | | | | |
| 32. Janus Henderson Enterprise Cl I (JMGRX) | C | Dividend | K | T | Buy (add'l) | 09/05/19 | K | | |
| 33. JPMorgan Intrepid Val Cl I (JPIVX) | A | Dividend | | | Sold | 09/05/19 | J | | |
| 34. Virtus Kar Small Cap Sustainable Growth Cl I (PXSGX) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wright, Elizabeth C.** | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  Invesco FTSE RAFI US 1500 Sm Mid ETF (PRFZ) | A | Dividend | K | T | Buy (add'l) | 09/05/19 | J | | |
| 36.  Wisdomtree Mid Cap Div ETF (DON) | A | Dividend | K | T | | | | | |
| 37.  IRA #3 (H) | | | | | | | | | |
| 38.  Invesco Balanced Risk Commodity Strat Cl Y (BRCYX) | A | Dividend | J | T | Buy | 08/16/19 | J | | |
| 39.  Invesco Oppenheimer Intl Growth Cl Y (OIGYX) | A | Dividend | J | T | Buy | 09/06/19 | J | | |
| 40.  Blackrock Short Obligations Intl Cl (BISOX) | A | Dividend | J | T | Buy | 08/16/19 | J | | |
| 41. | | | | | Buy (add'l) | 09/06/19 | J | | |
| 42.  Columbia Select Large Cap Growth Instl Cl (UMLGX) | A | Dividend | J | T | Buy | 08/16/19 | J | | |
| 43.  Goldman Sachs Intl Equity Insights Investor Cl (GCITX) | A | Dividend | J | T | Buy | 08/16/19 | J | | |
| 44. | | | | | Buy (add'l) | 09/23/19 | J | | |
| 45. | | | | | Buy (add'l) | 11/25/19 | J | | |
| 46. | | | | | Buy (add'l) | 12/26/19 | J | | |
| 47.  Goldman Sachs GQG Partners Intl Opptys Investor Cl (GSINX) | A | Dividend | J | T | Buy | 08/16/19 | J | | |
| 48.  John Hancock Classic Value Cl I (JCVIX) | A | Dividend | K | T | Buy | 08/16/19 | J | | |
| 49. | | | | | Buy (add'l) | 09/06/19 | J | | |
| 50. | | | | | Buy (add'l) | 12/26/19 | J | | |
| 51.  John Hancock US Global Leaders Growth Cl I (USLIX) | A | Dividend | J | T | Buy | 08/16/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wright, Elizabeth C.** | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 09/06/19 | J | | |
| 53. Janus Henderson Global Value Cl I (JPPIX) | | None | | | Buy | 08/16/19 | J | | |
| 54. | | | | | Sold | 09/06/19 | J | | |
| 55. Janus Henderson US Managed Volatility Cl I (JRSIX) | A | Dividend | J | T | Buy | 08/16/19 | J | | |
| 56. | | | | | Buy (add'l) | 09/06/19 | J | | |
| 57. | | | | | Buy (add'l) | 09/11/19 | J | | |
| 58. | | | | | Buy (add'l) | 12/26/19 | J | | |
| 59. John Hancock Strategic Income Opptys Cl I (JIPIX) | A | Dividend | | | Buy | 08/16/19 | J | | |
| 60. | | | | | Sold | 09/06/19 | J | | |
| 61. Brandywine Global Unconstrained Bond Cl I (LROIX) | | None | J | T | Buy | 08/16/19 | J | | |
| 62. Nuveen NWQ Intl Value Cl I (NGRRX) | | None | | | Buy | 08/16/19 | J | | |
| 63. | | | | | Sold | 09/23/19 | J | | |
| 64. Principal Global Real Estate Securities Instl Cl (POSIX) | A | Dividend | | | Buy | 08/16/19 | J | | |
| 65. | | | | | Sold | 11/25/19 | J | | |
| 66. Wells Fargo C&B Mid Cap Value Instl Cl (CBMSX) | A | Dividend | J | T | Buy | 08/16/19 | J | | |
| 67. Wells Fargo Intl Value Instl Cl (WFVIX) | A | Dividend | J | T | Buy | 08/16/19 | J | | |
| 68. Global X MSCI Norway Etf (NORW) (X) | A | Dividend | | | Sold | 08/16/19 | J | | |

1 Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| **Wright, Elizabeth C.** | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  IShares MSCI Australia (EWA) | | None | | | Sold (part) | 01/10/19 | J | | |
| 70. | | | | | Sold (part) | 02/12/19 | J | | |
| 71. | | | | | Buy (add'l) | 03/12/19 | J | | |
| 72. | | | | | Sold | 04/09/19 | J | | |
| 73.  IShares MSCI Canada (EWC) | | None | | | Sold | 03/12/19 | J | | |
| 74.  IShares MSCI France (EWQ) | | None | | | Buy (add'l) | 03/12/19 | J | | |
| 75. | | | | | Sold (part) | 04/09/19 | J | | |
| 76. | | | | | Sold | 05/13/19 | J | | |
| 77. | | | | | Buy | 07/10/19 | J | | |
| 78. | | | | | Buy (add'l) | 08/08/19 | J | | |
| 79. | | | | | Sold | 08/16/19 | J | | |
| 80.  IShares MSCI Spain Etf (EWP) | A | Dividend | | | Buy | 03/12/19 | J | | |
| 81. | | | | | Buy (add'l) | 04/09/19 | J | | |
| 82. | | | | | Sold | 07/10/19 | J | | |
| 83.  IShares MSCI Hong Kong Etf (EWH) | | None | | | Buy | 04/09/19 | J | | |
| 84. | | | | | Sold | 06/11/19 | J | | |
| 85.  IShares MSCI Switzerland Etf (EWL) | A | Dividend | | | Buy | 03/12/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wright, Elizabeth C. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Sold<br>(part) | 08/08/19 | J | | |
| 87. | | | | | Sold | 08/16/19 | J | | |
| 88.    IShares Core S&P 500 (IVV) | A | Dividend | | | Buy<br>(add'l) | 02/20/19 | J | | |
| 89. | | | | | Buy<br>(add'l) | 03/19/19 | J | | |
| 90. | | | | | Buy<br>(add'l) | 04/18/19 | J | | |
| 91. | | | | | Buy<br>(add'l) | 07/08/19 | J | | |
| 92. | | | | | Buy<br>(add'l) | 07/18/19 | J | | |
| 93. | | | | | Sold<br>(part) | 08/06/19 | J | | |
| 94. | | | | | Sold<br>(part) | 08/15/19 | J | | |
| 95. | | | | | Sold | 08/16/19 | J | | |
| 96.    IShares Core US Aggregate Bond (AGG) | A | Dividend | | | Sold | 08/16/19 | J | | |
| 97.    IShares IBOXX $ High Yield Corp Bond Etf<br>(HYG) | A | Dividend | | | Buy | 02/12/19 | J | | |
| 98. | | | | | Sold<br>(part) | 06/11/19 | J | | |
| 99. | | | | | Buy<br>(add'l) | 07/10/19 | J | | |
| 100. | | | | | Sold | 08/16/19 | J | | |
| 101.   IShares MBS (MBB) | A | Dividend | | | Buy<br>(add'l) | 01/10/19 | J | | |
| 102. | | | | | Sold | 08/16/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wright, Elizabeth C.** | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  IShares MSCI Japan Etf New (EWJ) | | None | | | Buy | 01/10/19 | J | | |
| 104. | | | | | Sold | 03/12/19 | J | | |
| 105.  IShares Intermediate Term Corp Bond ETF (IGIB) | A | Dividend | | | Buy | 05/13/19 | J | | |
| 106. | | | | | Sold | 08/08/19 | J | | |
| 107.  IShares MSCI Singapore ETF (EWS) | A | Dividend | | | Buy | 05/13/19 | J | | |
| 108. | | | | | Sold | 08/16/19 | J | | |
| 109.  IShares Inc MSCI Italy New ETF (EWI) | | None | | | Buy | 07/10/19 | J | | |
| 110. | | | | | Sold | 08/16/19 | J | | |
| 111.  IShares 20+ Year Treasury Bond ETF (TLT) | A | Dividend | J | T | Buy | 08/16/19 | J | | |
| 112. | | | | | Sold<br>(part) | 09/06/19 | J | | |
| 113. | | | | | Sold<br>(part) | 11/25/19 | J | | |
| 114.  IShares 7-10 Year Treasury Bond ETF (IEF) | A | Dividend | J | T | Buy | 08/16/19 | J | | |
| 115. | | | | | Buy<br>(add'l) | 11/25/19 | J | | |
| 116. | | | | | Buy<br>(add'l) | 12/26/19 | J | | |
| 117.  IShares Core MSCI Emerging Markets Etf (IEMG) | A | Dividend | J | T | Buy | 02/12/19 | J | | |
| 118. | | | | | Buy<br>(add'l) | 03/12/19 | J | | |
| 119. | | | | | Sold | 06/11/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |
|---|---|---|---|---|---|

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Wright, Elizabeth C. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Buy | 08/16/19 | J | | |
| 121. IShares Currency Hedged MSCI Eurozone ETF (HEZU) | A | Dividend | J | T | Buy | 08/16/19 | J | | |
| 122. IShares MSCI UTD Kingdom New ETF (EWU) | A | Dividend | J | T | Buy | 06/11/19 | J | | |
| 123. | | | | | Sold | 07/10/19 | J | | |
| 124. | | | | | Buy | 08/16/19 | J | | |
| 125. SPDR Portfolio Large Cap ETF (SPLG) | A | Dividend | J | T | Buy | 08/16/19 | J | | |
| 126. IShares 1-3 Year Treasury Bond ETF (SHY) | A | Dividend | | | Buy | 08/16/19 | J | | |
| 127. | | | | | Sold | 09/06/19 | J | | |
| 128. SPDR Bloomberg Barclays 1-3 Mo T-Bill (BIL) | A | Dividend | | | Sold<br>(part) | 02/05/19 | J | | |
| 129. | | | | | Sold<br>(part) | 02/20/19 | J | | |
| 130. | | | | | Buy<br>(add'l) | 03/12/19 | J | | |
| 131. | | | | | Sold<br>(part) | 03/19/19 | J | | |
| 132. | | | | | Sold<br>(part) | 04/09/19 | J | | |
| 133. | | | | | Sold<br>(part) | 04/18/19 | J | | |
| 134. | | | | | Buy<br>(add'l) | 05/13/19 | J | | |
| 135. | | | | | Sold<br>(part) | 06/11/19 | J | | |
| 136. | | | | | Sold<br>(part) | 07/08/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wright, Elizabeth C.** | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 07/10/19 | J | | |
| 138. | | | | | Sold (part) | 07/18/19 | J | | |
| 139. | | | | | Buy (add'l) | 08/06/19 | J | | |
| 140. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 141. | | | | | Sold | 08/16/19 | J | | |
| 142. Schwab Intermediate Term US Treasury ETF (SCHR) | | None | | | Buy | 08/08/19 | J | | |
| 143. | | | | | Sold | 08/16/19 | J | | |
| 144. Schwab US REIT (SCHH) | A | Dividend | | | Buy | 01/10/19 | J | | |
| 145. | | | | | Sold (part) | 02/12/19 | J | | |
| 146. | | | | | Sold | 08/16/19 | J | | |
| 147. Sector Energy Select Sect SPDR (XLE) | | None | | | Sold | 01/10/19 | J | | |
| 148. Sector Healthcare Select Sector SPDR (XLV) | A | Dividend | | | Buy | 02/12/19 | J | | |
| 149. | | | | | Sold | 08/08/19 | J | | |
| 150. Sector Consumer Staples Select Sector SPDR ETF (XLP) | A | Dividend | | | Buy | 06/11/19 | J | | |
| 151. | | | | | Sold | 07/10/19 | J | | |
| 152. Sector Industrial Select Sector Spdr Etf (XLI) | A | Dividend | | | Buy | 02/12/19 | J | | |
| 153. | | | | | Buy (add'l) | 03/12/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wright, Elizabeth C. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Sold | 08/16/19 | J | | |
| 155. Consumer Discretionary Select Sect SPDR (XLY) | A | Dividend | | | Sold (part) | 03/12/19 | J | | |
| 156. | | | | | Sold | 04/09/19 | J | | |
| 157. Vanguard Information Technology (VGT) | A | Dividend | | | Sold | 03/12/19 | J | | |
| 158. | | | | | Buy | 04/19/19 | J | | |
| 159. | | | | | Buy (add'l) | 05/13/19 | J | | |
| 160. | | | | | Sold | 06/11/19 | J | | |
| 161. | | | | | Buy | 07/10/19 | J | | |
| 162. | | | | | Buy (add'l) | 08/08/19 | J | | |
| 163. | | | | | Sold | 08/16/19 | J | | |
| 164. Vanguard Communication Services Etf (VOX) | A | Dividend | | | Buy | 03/12/19 | J | | |
| 165. | | | | | Sold | 05/13/19 | J | | |
| 166. | | | | | Buy | 08/08/19 | J | | |
| 167. | | | | | Sold | 08/16/19 | J | | |
| 168. Vanguard FTSE All World Ex US (VEU) | A | Dividend | | | Buy (add'l) | 02/05/19 | J | | |
| 169. | | | | | Sold (part) | 03/12/19 | J | | |
| 170. | | | | | Buy (add'l) | 06/11/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wright, Elizabeth C.** | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 08/16/19 | J | | |
| 172. Vanguard Long Term Corp Bond Etf (VCLT) | A | Dividend | | | Buy | 04/09/19 | J | | |
| 173. | | | | | Sold | 05/13/19 | J | | |
| 174. Vanguard Intermediate Term Corp Bond Etf (VCIT) | A | Dividend | | | Buy | 04/09/19 | J | | |
| 175. | | | | | Sold | 05/13/19 | J | | |
| 176. Vanguard Intermed Term Treas Idx (VGIT) | | None | | | Sold (part) | 02/12/19 | J | | |
| 177. | | | | | Sold (part) | 03/12/19 | J | | |
| 178. | | | | | Sold | 04/09/19 | J | | |
| 179. Vanguard Long Term Treas (VGLT) | A | Dividend | | | Sold | 02/12/19 | J | | |
| 180. | | | | | Buy | 06/11/19 | J | | |
| 181. | | | | | Sold | 07/10/19 | J | | |
| 182. Vanguard Real Estate Index Etf (VNQ) | A | Dividend | | | Buy | 01/10/19 | J | | |
| 183. | | | | | Sold | 02/12/19 | J | | |
| 184. | | | | | Buy | 05/13/19 | J | | |
| 185. | | | | | Buy (add'l) | 07/10/19 | J | | |
| 186. | | | | | Sold | 08/16/19 | J | | |
| 187. Barclays Bank PLC IPath Bloom Comm Indx Tot Retn (DJP) | | None | | | Sold (part) | 01/10/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wright, Elizabeth C. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. | | | | | Buy<br>(add'l) | 02/12/19 | J | | |
| 189. | | | | | Sold | 08/16/19 | J | | |
| 190. Vanguard Consumer Staples ETF (VDC) | A | Dividend | J | T | Buy | 08/16/19 | J | | |
| 191. Vanguard Energy ETF (VDE) | A | Dividend | J | T | Buy | 08/16/19 | J | | |
| 192. Vanguard Short Term Corp Bond ETF (VCSH) | A | Dividend | | | Buy | 08/16/19 | J | | |
| 193. | | | | | Sold | 09/06/19 | J | | |
| 194. Vanguard Mortgage Backed Securities ETF (VMBS) | A | Dividend | | | Buy | 08/16/19 | J | | |
| 195. | | | | | Sold | 09/06/19 | J | | |
| 196. Vanguard Health Care ETF (VHT) | A | Dividend | J | T | Buy | 09/06/19 | J | | |
| 197. IRA #4 (H) | | | | | | | | | |
| 198. Invesco Oppenheimer Active Alloc A (OAAAX) | | None | | | Sold | 09/10/19 | J | | |
| 199. IRA #5 (H) | | | | | | | | | |
| 200. Columbia Income Builder Cl C (RBBCX) | A | Dividend | J | T | | | | | |
| 201. IRA #6 (H) | | | | | | | | | |
| 202. Hines Global Reit (HNGL) | D | Dividend | J | T | | | | | |
| 203. IRA #7 (H) | | | | | | | | | |
| 204. Putnam Dynamic Asset Alloc Growth Cl C (PAECX) | A | Dividend | K | T | Buy | 04/08/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wright, Elizabeth C.** | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. IRA #8 (H) | | | | | | | | | |
| 206. Ameriprise Insured Money Market (AIMMA) (cash) | A | Interest | J | T | Open | 12/16/19 | J | | |
| 207. BROKERAGE #1 (H) | | | | | | | | | |
| 208. Invesco Oppenheimer Steelpath MLP Inc A (MLPTX) | B | Dividend | | | Sold | 09/05/19 | K | | |
| 209. Alger Cap Apprec Z (ACAZX) | D | Dividend | M | T | | | | | |
| 210. Calamos Market Neutral Income Cl I (CMNIX) | A | Dividend | K | T | Buy | 05/01/19 | K | | |
| 211. | | | | | Buy (add'l) | 09/05/19 | K | | |
| 212. Columbia Minnesota Tax Exempt Z (CMNZX) | B | Dividend | K | T | | | | | |
| 213. Goldman Sachs Mgd Fut Strat Inv (GFIRX) | | None | | | Sold | 05/02/19 | K | A | |
| 214. Mainstay Mackay High Yield Mun Bond Cl I (MMHIX) | B | Dividend | K | T | Sold (part) | 09/05/19 | J | A | |
| 215. Delaware Minnesota High Yield Mun Bond Instl Cl (DMHIX) | B | Dividend | K | T | Buy (add'l) | 09/05/19 | J | | |
| 216. IShares Intl Select Dividend (IDV) | B | Dividend | K | T | | | | | |
| 217. IShares Edge MSCI Min Vol (USMV) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wright, Elizabeth C.** | 08/12/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.Part II: Holdings within this plan are reported in Part VII.

Part VII, line 2: The firm's capital funds are held at Wells Fargo.

Part VII, line 3: Reporting is based upon the filer's pro rata share.

Oppenheimer Steelpath MLP Income CL Y (MLPZX) and is now Invesco Oppenheimer Steelpath MLP Income CL Y (MLPZX).

Oppenheimer Active Alloc Cl A (OAAAX) is now Invesco Oppenheimer Active Alloc Cl A (OAAAX).

Oppenheimer Steelpath MLP Select 40 Cl Y (MLPDX) is now Invesco Oppenheimer Steelpath MLP Select 40 Cl Y (MLPTX).

| Name of Person Reporting | Date of Report |
|---|---|
| Wright, Elizabeth C. | 08/12/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Elizabeth C. Wright**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544